**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6234

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

BRANDON TAYLOR COOPER,

              Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:07-cr-00056-1)

Submitted:  June 22, 2012          Decided:  July 5, 2012

Before WILKINSON, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon Taylor Cooper, Appellant Pro Se.  Richard Gregory McVey, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Taylor Cooper appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we deny Cooper's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Cooper, No. 3:07-cr-00056-1 (S.D. W. Va. Feb. 1, 2012). We deny cooper's motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2